IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALOYSIUS D. BLACKCROW, et al., | ORDER |
| Plaintiffs, | 9:21-cv-00097-DWM |
| | 9:21-cv-00122-DWM |
| vs. | 9:21-cv-00123-DWM |
| | 9:21-cv-00124-DWM |
| LAKE COUNTY, MONTANA, et al., | 9:21-cv-00125-DWM |
| | 9:21-cv-00132-DWM |
| Defendants, | 9:22-cv-00001-DWM |
| | 9:22-cv-00002-DWM |
| | 9:22-cv-00003-DWM |
| | 9:22-cv-00004-DWM |
| | 9:22-cv-00005-DWM |
| | 9:22-cv-00006-DWM |
| | 9:22-cv-00007-DWM |
| | 9:22-cv-00008-DWM |
| | 9:22-cv-00009-DWM |
| | 9:22-cv-00010-DWM |
| | 9:22-cv-00013-DWM |
| | 9:22-cv-00014-DWM |
| | 9:22-cv-00017-DWM |
| | 9:22-cv-00021-DWM |
| | 9:22-cv-00022-DWM |
| | 9:22-cv-00024-DWM |
| | 9:22-cv-00025-DWM |
| | 9:22-cv-00029-DWM |
| | 9:22-cv-00030-DWM |
| | 9:22-cv-00031-DWM |
| | 9:22-cv-00036-DWM |
| | 9:22-cv-00037-DWM |
| | 9:22-cv-00038-DWM |
| | 9:22-cv-00042-DWM |
| | 9:22-cv-00043-DWM |
| | 9:22-cv-00046-DWM |

9:22-cv-00048-DWM
9:22-cv-00049-DWM
9:22-cv-00061-DWM
9:22-cv-00062-DWM
9:22-cv-00086-DWM
9:22-cv-00094-DWM
9:22-cv-00097-DWM
9:22-cv-00100-DWM
9:22-cv-00106-DWM
9:22-cv-00110-DWM
9:22-cv-00117-DWM
9:22-cv-00124-DWM
9:22-cv-00135-DWM
9:22-cv-00148-DWM
9:22-cv-00150-DWM
9:22-cv-00151-DWM
9:22-cv-00152-DWM
9:22-cv-00153-DWM
9:22-cv-00154-DWM
9:22-cv-00155-DWM
9:22-cv-00156-DWM
9:22-cv-00157-DWM
9:22-cv-00160-DWM
9:22-cv-00162-DWM
9:22-cv-00163-DWM
9:22-cv-00170-DWM
9:22-cv-00171-DWM
9:22-cv-00172-DWM
9:22-cv-00173-DWM
9:22-cv-00175-DWM
9:22-cv-00176-DWM
9:22-cv-00178-DWM
9:22-cv-00182-DWM
9:22-cv-00185-DWM
9:22-cv-00194-DWM
9:22-cv-00198-DWM
9:23-cv-00012-DWM

On November 21, 2023, the Court conducted a fairness hearing and approved the Settlement Agreement in the consolidated challenge to the conditions of confinement at the Lake County Detention Facility in *In re Conditions at Lake County Jail*, CV 22–127–M–DWM. At that hearing, the Court ordered that the stay of related individual cases would be lifted on January 2, 2024. Accordingly,

IT IS ORDERED that the STAY of the above-captioned cases is LIFTED.

IT IS FURTHER ORDERED that each individual plaintiff shall file a notice of intent to continue litigating the individual causes of action listed above by **February 29, 2024**, in each individual case docket. If no such notice is filed in an individual case, that cause of action will be dismissed. *See* Fed. R. Civ. P. 41(b).

Dated this 3rd day of January, 2024.

Donald W. Molloy, District Judge
United States District Court