IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARCUS JOHN AZURE,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE COUNTY ET AL.,<br><br>Defendants. | Cause No. CV 22-30-M-DWM<br><br><br><br>ORDER |

Having settled all matters between the parties and finalized a settlement agreement, Plaintiff Marcus Azure has moved to dismiss this matter with prejudice. (Doc. 32.)

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE.

DATED this 14th day of August, 2024.

_____
Donald W. Molloy
United States District Court Judge

1